UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-1281 (MJD/SRN)

US EQUIPMENT LEASING,

Plaintiff,

v.

ORDER

DAMARK INTERNATIONAL, ET AL

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 15 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: 1-16-2002

MICHAEL J. DAVIS
United States District Court Judge

FILED JAN 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______